UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KASSMAN,<br><br>             Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a Corporation, dba BAC HOME LOAN SERVICING, LP; et al.,<br><br>             Defendants. | Case No. 2:16-CV-00425 JAM-CKD<br><br><br><br><br>**RELATED CASE ORDER** |
| DONALD HUBBARD,<br><br>             Plaintiff,<br><br>    v.<br><br>YORK REAL ESTATE DEVELOPMEN T, LLC, a California Limited Liability Company; et al.,<br><br>             Defendants. | Case No. 2:16-CV-0435 MCE-EFB |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1       The parties should be aware that relating the cases under
2  Local Rule 123 merely has the result that these actions are
3  assigned to the same judge and magistrate judge; no consolidation
4  of the actions is effected.  Under the regular practice of this
5  court, related cases are generally assigned to the judge and
6  magistrate judge to whom the first filed action was assigned.
7       IT IS THEREFORE ORDERED that the action denominated
8  2:16-CV-0435 MCE-EFB be reassigned to Judge John A. Mendez and
9  Magistrate Judge Carolyn K. Delaney for all further proceedings,
10 and any dates currently set in this reassigned case <u>only</u> are hereby
11 VACATED.  Henceforth, the caption on documents filed in the
12 reassigned case shall be shown as 2:16-CV-0435 JAM-CKD.
13      IT IS SO ORDERED.
14 Dated:  March 10, 2016

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

2